**Order entered July 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01745-CV

**MEMKING RECYCLING GROUP LLC AND JOHN PATERSON, Appellants**

**V.**

**ABINGTON RELDAN METALS, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03750-E**

## ORDER

By notice filed July 11, 2014, the Court has been informed that John Paterson is in bankruptcy. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/     ELIZABETH LANG-MIERS
         JUSTICE